

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 18, 2025

**SEALED FILING REQUESTED**
**BY EMAIL**

The Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   **United States v. Kenneth Thom, 25 Cr. 360**

Dear Judge Moses:

On August 12, 2025, a grand jury in this District issued a sealed indictment (the "Indictment") charging Kenneth Thom, a/k/a "K$," a/k/a "K Money," with securities fraud, in violation of 15 U.S.C. §§ 78j(b) and 78ff, 17 C.F.R. § 240.10b-5, and 18 U.S.C. § 2 (Count One), and investment adviser fraud, in violation of 15 U.S.C. §§ 80b-6 and 80b-17, and 18 U.S.C. § 2 (Count Two). A copy of the sealed indictment is attached.

An arrest warrant was not issued at the time that the Indictment was returned. Accordingly, pursuant to Federal Rule of Criminal Procedure 9, the Government respectfully requests the Court direct the Clerk to issue an arrest warrant for Thom based upon the Indictment. A proposed arrest warrant is attached. Because the Indictment is sealed, the Government requests the Court accept this application under seal.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Alexander Li
Assistant United States Attorney
(212) 637-2265

*Application GRANTED.*
*[signature]*
*U.S.M.J.*
*8/18/25*