UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA,

          - against-

KENNETH THOM,

                Defendant.
------------------------------------------------x

**ORDER**

25 Cr. 360 (ER)

Ramos, D.J.:

      An initial conference is scheduled for **September 4, 2025, at 2:00 p.m.** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

      SO ORDERED.

Dated:  New York, New York
           September 3, 2025

                                                Edgardo Ramos, U.S.D.J.