# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 1, 2025

The Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

 **MEMO ENDORSED**, pg. 2.

Re:  *United States v. Kenneth Thom*, 1:25-cr-00360-ER

Dear Judge Ramos,

I write on behalf of the parties in advance of the status conference scheduled for December 4, 2025, at 10:30 a.m.

By way of background, Mr. Thom was indicted on August 12, 2025, and arraigned on August 21, 2025. Dkt. Nos. 2, 7. On September 4, 2025, Mr. Thom appeared before this Court for an initial pretrial conference. Discovery was discussed and the Court set a status conference for December 4, 2025. The government produced discovery on September 25, October 10, November 5, and November 17.

The government has advised that it has at least two additional discovery productions forthcoming in the month of December. Defense counsel requires additional time to review the discovery, and the parties require additional time to engage in pretrial discussions to determine whether this matter can be resolved short of pretrial litigation and trial. **For these reasons, Mr. Thom requests an approximately 60-day adjournment of the status conference, to a date no sooner than February 10, 2025.** The government does not oppose the request.

This is the first request for an adjournment. If the Court grants this request, the parties submit that the Court should exclude the time until the next conference under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), in the interest of justice.

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Sincerely,

*/s/ Joy Chen*
Joy Chen
Assistant Federal Defender
Attorney for Kenneth Thom

cc:    AUSA Alexander Li

The status conference is adjourned to February 11, 2026, at 3:30 p.m.  Speedy trial time is excluded from December 4, 2025, until February 11, 2026, in the interest of justice.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:  12/2/2025
New York, New York