

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 12, 2025

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

# MEMO ENDORSED

Re:    **United States v. Kenneth Thom**, 25 Cr. 360 (ER)

Dear Judge Ramos:

Due to a scheduling conflict, the Government respectfully requests, with the consent of defendant Kenneth Thom, that the Court move the conference scheduled for February 11, 2026 at 3:30 p.m. to the prior day, February 10, 2026, at 3:30 p.m.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Alexander Li
Assistant United States Attorney
(212) 637-2265

Cc:    Joy Chen, Esq. (*by ECF*)
Jennifer Brown, Esq. (*by ECF*)

---

The status conference is rescheduled for February 10, 2026, at 3:30 p.m.  The Clerk of the Court is respectfully directed to terminate the motion, doc. 15.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:  12/16/2025
New York, New York