UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

KENNETH THOM,
  a/k/a "K$,"
  a/k/a "K Money,"

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:

:

:  CONSENT ORDER OF
  INTERLOCUTORY PURCHASES
:  AND SALES

:  25 Cr. 360 (ER)

:

    WHEREAS, on or about August 12, 2025, KENNETH THOM ("Defendant") was

charged in a two-count Indictment, 25 Cr. 360 (ER) (the "Indictment"), with securities fraud, in

violation of Title 15, United States Code, Sections 78j(b) & 78ff; Title 17, Code of Federal

Regulations, Section 240.l0b-5; and Title 18, United States Code, Section 2 (Count One); and

investment adviser fraud, in violation of Title 15, United States Code, Sections 80b-6 and 80b-17;

and Title 18, United States Code, Section 2 (Count Two);

    WHEREAS, the Indictment included a forfeiture allegation as to Counts One and

Two of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States

Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all

property, real and personal, that constitutes or is derived from proceeds traceable to the

commission of the offenses charged in Counts One and Two of the Indictment, including but not

limited to a sum of money in United States currency representing the amount of proceeds traceable

to the commission of the offenses charged in Counts One and Two of the Indictment;

    WHEREAS, on or about August 28, 2025, pursuant to a seizure warrant issued by

the Honorable Edgardo Ramos, United States District Judge for the Southern District of New York,

the Government seized the following as proceeds traceable to the offenses charged in Counts One

and Two of the Indictment:

       a.  All monies, assets, and funds contained in Robinhood Markets, Inc. ("Robinhood") account 170672174, held in the name of Kenneth Thom.

(the "Subject Account").

WHEREAS, the Government asserts that the Subject Account is forfeitable

pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code,

Section 2461(c) because it represents property constituting or derived from proceeds traceable to

the commission of the offenses charged in Counts One and Two of the Indictment that the

Defendant personally obtained;

WHEREAS, the Subject Account contains the following options contracts, which

will expire in or about January 2026:

      a.  AMZN 2026-01-16 Call $255.00 (Long) Qty 1

      b.  CVNA 2026-01-16 Put $130.00 (Short) Qty 1

      c.  CVNA 2026-01-16 Put $150.00 (Short) Qty 1

      d.  CVNA 2026-01-16 Put $200.00 (Long) Qty 2

      e.  CVNA 2026-01-16 Put $250.00 (Short) Qty 1

      f.  MSFT 2026-01-16 Call $575.00 (Long) Qty 1

      g.  NVDA 2026-01-16 Call $200.00 (Long) Qty 1

      h.  QQQ 2026-01-16 Put $499.78 (Long) Qty 1

      i.  TSLA 2026-01-16 Call $560.00 (Long) Qty 1

      j.  VTI 2026-01-16 Call $320.00 (Long) Qty 2

(a. through j. collectively, the "Options Contracts").

2

WHEREAS, the Government and the Defendant have agreed to the interlocutory closure of the Options Contracts by Robinhood, which contemplates that Robinhood may buy and sell assets in the Subject Account, as needed, to close the Options Contracts as soon as practicable in order to preserve the value of the Subject Account pending any final order of forfeiture, with the net proceeds, if any, to be held within the Subject Account as the substitute *res* pending further order of this Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, Jay Clayton, United States Attorney for the Southern District of New York, by Assistant United States Attorney Alexander Li, of counsel, and the Defendant and his counsel, Joy Chen, Esq. and Jennifer Brown, Esq., that:

1.    Robinhood is authorized and directed to close the Options Contracts as soon as practicable during ordinary trading hours.  Robinhood may buy and sell assets in the Subject Account, as needed, to effectuate the closure of the Options Contracts.

2.    The net proceeds for the sale of the Options Contract will include all money realized from closure of the Option Contracts less any associated fees charged by Robinhood ("Net Proceeds").  The Net Proceeds, if any, from the closure of the Options Contracts shall be held in the Subject Account pending the resolution of this matter.

3.    The Net Proceeds, and any and all income or interest accrued thereon, shall be the substitute *res* for the Options Contracts and will serve as a substitute *res* for the Options Contracts in the above-captioned case, with all claims and defenses applicable to the Options Contracts, including any other action that may be brought by the United States Attorney's Office ("USAO") for forfeiture of the Subject Property or claims by third parties, to apply instead to the Net Proceeds.

4.      This Consent Order of Interlocutory Sale may be executed in counterparts, each of which shall be deemed an original, and all of which, when taken together, shall be deemed the complete Interlocutory Order.

5.      The parties hereby waive all rights to appeal or to otherwise challenge or contest the validity of this Consent Order of Interlocutory Purchases and Sales.

[remainder of page intentionally left blank]

6.      The Court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this Consent Order of Interlocutory Purchases and Sales.


STIPULATED TO:

JAY CLAYTON
United States Attorney
Southern District of New York

By: _____         12/16/25
      Alexander Li                                        Date
      Assistant United States Attorney
      26 Federal Plaza, 37th Floor
      New York, New York 10238
      (212) 637-2265


KENNETH THOM

By: _____         12/14/25
      Kenneth Thom                                    Date
      Defendant


By:   /s/ *Joy Chen* and *Jennifer Brown*           12/16/25
      Joy Chen, Esq.                                      Date
      Jennifer Brown, Esq.
      Attorneys for Defendant


SO ORDERED:

_____         12/18/2025
HONORABLE EDGARDO RAMOS                Date
UNITED STATES DISTRICT JUDGE


5