# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

## MEMO ENDORSED

June 1, 2026

**BY ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Sentencing is adjourned to August 11, 2026, at 2:30 p.m.
> The Clerk of the Court is respectfully directed to terminate
> the motion, doc. 27.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 6/2/2026
> New York, New York

Re: *United States v. Kenneth Thom*, 1:25-cr-00360-ER-1

Dear Judge Ramos,

    I write to respectfully request an adjournment of the sentencing hearing in this matter by approximately 45 days. I require additional time to gather letters of support and other documentation in support of sentencing. The government consents to this request. This is the first request for adjournment of sentencing.

Respectfully submitted,

/s/ *Joy Chen*
Joy Chen
Assistant Federal Defender
Attorney for Kenneth Thom
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007

CC:    AUSA Alexander Li