# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

## MEMO ENDORSED

June 29, 2026

**BY ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> The application for a modification of bail conditions to permit him to travel to Lancaster, PA is granted. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated:  6/30/2026
> New York, New York

**Re: *United States v. Kenneth Thom*, 1:25-cr-00360-ER-1**

Dear Judge Ramos,

    I write with the consent of Pretrial Services, and without objection from the government, to request a modification of Mr. Thom's bail conditions to permit him to travel to Lancaster, Pennsylvania, on July 18 and 19, 2026. Mr. Thom has been on pretrial release since August 21, 2025, and remains compliant with the conditions of his supervision.

Respectfully submitted,

/s/ *Joy Chen*
Joy Chen
Assistant Federal Defender
Attorney for Kenneth Thom
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007

CC:   AUSA Alexander Li