Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**BY ECF**

**MEMO ENDORSED**

August 28, 2026

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *United States v. Kenneth Thom*, 1:25-cr-00360-ER-1**

Dear Judge Ramos,

I write with the consent of the United States Pretrial Services Office to respectfully request a modification of Mr. Thom's bail conditions to permit him to travel to Massachusetts with family, from September 4 to September 7, 2026. The government defers to pretrial's position. Mr. Thom remains in compliance with the conditions of his release.

The application is X granted
____ denied

Edgardo Ramos, U.S.D.J
Dated: August 28, 2026
New York, New York

Respectfully submitted,

/s/ *Joy Chen*
Joy Chen
Assistant Federal Defender
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007

CC: AUSA Alexander Li
Pretrial Services Officer Francesca Tessier (SDNY)
Pretrial Services Officer Shannon Hull (DNJ)